ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                         )
                                                    )
Northrop Grumman Corporation                        )   ASBCA No. 60191
                                                    )
Under Contract No. F33657-01-C-4600 *et al.*        )

APPEARANCES FOR THE APPELLANT:          Stephen J. McBrady, Esq.
                                        Charles Baek, Esq.
                                        Skye Mathieson, Esq.
                                          Crowell & Moring
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                        Debra E. Berg, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 13, 2022

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60191, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:  October 14, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals